United States District Court
Southern District of Texas
**ENTERED**
October 28, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 2:21-MJ-01300-001 |
| | § | |
| Jose Guadalupe Chavez-Sanchez | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The Court finds that detention of Defendant Jose Guadalupe Chavez-Sanchez pending trial in this case is appropriate. There are no conditions or combination of conditions that would reasonably assure the appearance of Defendant as required and the safety of the community.

I adopt the findings and conclusions contained in the Pretrial Services Report. The evidence against Defendant in this criminal case is strong. Defendant poses a high risk of flight and nonappearance in the present case. Defendant possesses minimal ties to the United States as indicated by his lack of legal status to reside, enter, or work within the United States. Moreover, Defendant is a citizen of Mexico and maintains an address in Matamoros, Mexico. For these reasons, the Court finds a likelihood that if released, Defendant would abscond to Mexico or be deported by government authorities.

I further find that Defendant poses a danger to the community. The Defendant has been charged with illegal reentry after deportation, a serious felony offense. Defendant's criminal record contains a pattern of similar offenses as indicated by a 2015 charge of alien inadmissibility resulting in deportation and a 2017 charge of being unlawfully found in the United States after deportation. Furthermore, Defendant faced charges in 2017 for the

possession of marijuana. For these reasons, Defendant demonstrates an inability to conform his behavior to the law and thus poses a potential risk to the community.

After considering the factors set forth in 18 U.S.C. § 3142, I find that there is no condition or set of conditions that would adequately assure Defendant's presence at trial, or that would adequately assure the safety of any other person or the community.

Defendant is committed to the custody of the United States Marshal or designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on October 28, 2021.

_____
Mitchel Neurock
United States Magistrate Judge